UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RYON YORK, on behalf of himself and on
behalf of all others similarly situated,

    Plaintiff,

v.                                    Case No. 8:20-cv-00973-VMC-CPT

NESTLE WATERS NORTH AMERICA,
INC.,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant Nestle Waters North America, Inc. (hereinafter "Defendant") by and through undersigned counsel, moves this Court unopposed for an order allowing Mr. Paul J. Rinefierd ("Mr. Rinefierd") to appear in this Court as co-counsel on behalf of Defendant in the above styled lawsuit. In support of this Motion, Defendant states as follows:

Mr. Rinefierd and his law firm, Groom Law Group, Chartered of Washington, D.C. have been retained to represent Defendant as co-counsel in all proceedings conducted in this case.

Mr. Rinefierd is a member in good standing and admitted to practice before all courts of Washington, D.C., Pennsylvania, and numerous Federal District Courts, and Federal Courts of Appeals. (*See* **Exhibit "A"** – Certificate of Good Standing from the State Bar for the District of Columbia for Mr. Rinefierd).

Mr. Rinefierd is familiar with, and will be governed by, the Local Rules of the United States District Court, Middle District of Florida, including Rule 2.04. Further, Mr. Rinefierd is

familiar with, and will be governed by, the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

Mr. Rinefierd designates Jennifer Monrose Moore of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 100 North Tampa Street, Suite 3600, Tampa, Florida 33602, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

Through her signature below, Jennifer Monrose Moore of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby consents to such designation.

Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Jennifer Monrose Moore certifies that Mr. Rinefierd has complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida. (*See* **Exhibit "B"** – Special Admission Attorney Certification executed by Mr. Rinefierd.)[1]

WHEREFORE, Defendant Nestle Waters North America, Inc., respectfully requests this Court to enter an order admitting Mr. Paul J. Rinefierd to practice before this Court *pro hac vice*.

## RULE 3.01 CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for Plaintiff, and is authorized to represent that Plaintiff does not oppose the entry of an order granting this motion.

*[Signature Lines on Following Page]*

---

[1] The required *pro hac vice* admission fees will be paid at the time of filing.

Respectfully submitted,

*/s/Jennifer Monrose Moore*
Jennifer Monrose Moore
Florida Bar No. 35602
jennifer.moore@ogletree.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2020, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system which will send notice of electronic filing to:

Brandon J. Hill, Esquire
Wenzel, Fenton, Cabassa, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
*Attorneys for Plaintiff*

*/s/Jennifer Monrose Moore*
Attorney

43112638.1