**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISON**

**RYON YORK, individually**
**and on behalf of all others**
**similarly situated,**

    **Plaintiff,**

v.                                            **CASE NO.: 8:20-cv-00973-VMC-CPT**

**NESTLE WATERS NORTH**
**AMERICA, INC.,**

    **Defendant.**
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this voluntary notice of dismissal with prejudice.

Dated this 23rd day of June, 2020.

                                                     Respectfully submitted,

                                                     /s/*Luis A. Cabassa*
                                                     **LUIS A. CABASSA**
                                                     Florida Bar Number: 053643
                                                     Direct No.: 813-379-2565
                                                     **BRANDON J. HILL**
                                                     Florida Bar Number: 37061
                                                     Direct No.: 813-337-7992
                                                     **WENZEL FENTON CABASSA, P.A.**
                                                     1110 North Florida Ave., Suite 300
                                                     Tampa, Florida 33602
                                                     Main No.: 813-224-0431
                                                     Facsimile: 813-229-8712
                                                     Email: lcabassa@wfclaw.com
                                                     Email: bhill@wfclaw.com
                                                     Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of June, 2020, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will send the notice of electronic filing to all counsel of record.

        /s/*Luis A. Cabassa*
        **LUIS A. CABASSA**